# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff.<br><br>　　v.<br><br>Jose MACIAS-Ramirez (1),<br>Jesus MEDINA-Lopez (2),<br>Jose Martin CRUZ-Chavez (3),<br>Agustin DELGADO-Ibarra (4),<br><br>　　　　　Defendants. | Case No. **2:23-mj-08827**<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii) Transportation of Illegal Aliens (Felony)<br><br>Title 8, U.S.C., Section 1326 Deported Alien Found in the United (Felony)<br><br>Title 8, U.S.C., Section 1326 Deported Alien Found in the United (Felony) |

The undersigned complainant being duly sworn states:

## COUNT 1

On or about October 30, 2023, within the Southern District of California, defendants Jose MACIAS-Ramirez and Jesus MEDINA-Lopez, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, Victoria Liliana ABADIA-Gamboa, Martha Elizabeth VASQUEZ-Mucia, Aylin Karina LEMUS-Gonzalez and Angel Daniel CALDERON-Abarca had come to, entered or remained in the United States in violation of law, did transport or move, or attempt to transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324.

**COUNT 2**

On or about October 30, 2023, within the Southern District of California, defendant, Jose Martin CRUZ-Chavez, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

**COUNT 3**

On or about October 30, 2023, within the Southern District of California, defendant, Agustin DELGADO-Ibarra, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

ROBERT PEREZ
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 31st day of October, 2023.

HON. LUPE RODRIGUEZ JR.
U.S. MAGISTRATE JUDGE

2

UNITED STATES OF AMERICA
            v.
Jose MACIAS-Ramirez (1),
Jesus MEDINA-Lopez (2),
Jose Martin CRUZ-Chavez (3),
Agustin DELGADO-Ibarra (4).

## STATEMENT OF FACTS

This Complaint and Statement of Facts is based upon statements in the investigative report by Border Patrol Agent (BPA) C. Cain that on October 30, 2023, Jose MACIAS-Ramirez (MACIAS) and Jesus MEDINA-Lopez (MEDINA), both citizens of Mexico, were arrested near Calexico, California while transporting fifteen (15) undocumented aliens in violation of Title 8, United States Code, Section 1324. Furthermore, the Complainant states that defendants Jose Martin CRUZ-Chavez (CRUZ) and Agustin DELGADO-Ibarra (DELGADO) were found in the United States in violation of Title 8, United States Code, Section 1326.

On October 30, 2023, BPA C. Cain, was assigned to the El Centro Station Area of Responsibility of Zone 6, approximately 13 miles west of the California West Port of Entry. This area consists of mountainous desert terrain with large boulders and sandy washes. At approximately 7:10 a.m., the Mobile Surveillance Capable vehicle operator, BPA J. Sandoval, notified field Agents via service radio that there were several individuals in Mexico near the International Boundary Fence (IBF) that appeared to be attempting to breach through. A moment later, Small Aerial Surveillance System operator, BPA R. Walker, notified field Agents that there was a white Chevrolet Suburban approaching the IBF from Mexico at the 226 Monument gates. BPA Walker stated the vehicle had crossed the IBF and was headed eastbound in the United States along the border road. BPA Walker maintained visual on the vehicle and called out updates and travel paths over the radio. After a few minutes, BPA Cain caught up to the Suburban and witnessed multiple occupants bail-out from the vehicle and run into a thick brush line that was near a ranch on the east side of Drew Road.

BPAs arrived to the area to assist with the search of the individuals from the Suburban. After approximately one hour of searching the area, BPAs located seventeen (17) individuals, including two later identified as Jose MACIAS-Ramirez and Jesus MEDINA-Lopez, that had concealed themselves in the brush. All seventeen (17) individuals were questioned as to their citizenship and all were determined to be illegally present in the United States without the proper documentation to work, reside, or remain in the United States legally. All seventeen (17) individuals were placed under arrest and transported to the Calexico Border Patrol Station for processing.

At the Border Patrol Station, MACIAS was advised of his Miranda rights. MACIAS acknowledged his rights and agreed to answer questions without an attorney present. MACIAS admitted to being the driver of the white Suburban and stated he intended to enter the United States. MACIAS identified Jesus MEDINA-Lopez as the co-principal for today's smuggling event. MACIAS stated he is a citizen of Mexico and was last deported three months ago. MACIAS stated his friend was going to pay $5,000 USD for him to be smuggled into the United States with the intended destination of San Bernadino. MACIAS stated he was forced to be the driver at gunpoint by the smugglers in Mexico.

At the Border Patrol Station, MEDINA was advised of his Miranda rights. MEDINA acknowledged his rights and agreed to answer questions without an attorney present. MEDINA admitted he was the front seat passenger of the Suburban during today's smuggling event. MEDINA stated he is a citizen of Mexico without immigration documents to enter or remain in the United States legally. MEDINA stated he intentionally entered the United States in the white Suburban and identified MACIAS as the driver of the vehicle.

Material Witness Victoria Liliana ABADIA-Gamboa stated she was in Mexico and wanted to cross illegally into the United States and go to Calexico. She stated she was put in a vehicle with a lot of other people that ended up in the Suburban later and their heads were covered as they were being driven to the Border. ABADIA stated that once they arrived at the border they were uncovered and were instructed to get into the back of a

white car. ABADIA stated she never witnessed anyone being asked or forced to be the driver and at no point did she see any guns or weapons. She stated she overheard the driver and passenger talking nervously about how the Border Patrol was on to them after they had crossed into the United States. She stated when the Suburban came to a stop, the driver and the front seat passenger were both instructing them to get out of the vehicle and run.

Material Witness Martha Elizabeth VASQUEZ-Mucia stated that she is a citizen of Guatemala without any valid immigration documents. VASQUEZ stated that she paid $1,000 USD to an unknown smuggler. Material Witness Angel Daniel CALDERON-Abarca stated he crossed intentionally into the United States and was going to pay $11,000 USD to go to California.

Material Witness Aylin Karina LEMUS-Gonzalez stated she is a citizen of Mexico without any documents permitting her to enter, reside, or work legally in the United States. LEMUS stated she planned on crossing into the United States so that she could find work in New York. LEMUS stated she had agreed to pay $8000 USD and that a patron from the bar where she works in Mexico had given her a loan to pay the smuggling fee.

At the Border Patrol Station, record checks revealed that two of the individuals arrested, later identified as Jose Martin CRUZ-Chavez and Agustin DELGADO-Ibarra, had extensive criminal/immigration history.

Record checks revealed that CRUZ-Chavez had been previously ordered removed from the United States on December 28, 2021, by a Designated Official. CRUZ-Chavez was last removed from the United States to Mexico on April 13, 2023, through Calexico, California.

Record checks revealed that DELGADO-Ibarra had been previously ordered removed from the United States on April 2, 2001, by an Immigration Judge. DELGADO-Ibarra was last removed from the United States to Mexico on February 22, 2022, through San Ysidro, California.

There is no evidence showing CRUZ-Chavez or DELGADO-Ibarra have applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.

The complainant states the names of the Material Witnesses are as follows:

| **NAME** | **PLACE OF BIRTH** |
| --- | --- |
| Victoria Liliana ABADIA-Gamboa | Colombia |
| Martha Elizabeth VASQUEZ-Mucia | Guatemala |
| Angel Daniel CALDERON-Abarca | Mexico |
| Aylin Karina LEMUS-Gonzalez | Mexico |

Further, complainant states that the Material Witnesses are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.